No. 74–1453. Newspaper & Periodical Drivers & Helpers Union, Local 921, International Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers of America v. National Labor Relations Board et al. C. A. 9th Cir. Certiorari denied. ■

No. 74–1454. Akers v. Secretary of the Interior et al. C. A. 9th Cir. Certiorari denied. ■

No. 74–1456. Ianniello v. New York. Ct. App. N. Y. Certiorari denied. ■

No. 74–1457. Sumitomo Forestry Co., Ltd., of Japan v. Thurston County, Washington. C. A. 9th Cir. Certiorari denied. ■

No. 74–1462. Rex Chainbelt, Inc. v. Harco Products, Inc., dba DFC Co. C. A. 9th Cir. Certiorari denied. ■

No. 74–1463. Ross v. United States Attorney's Office for the Central District of California. C. A. 9th Cir. Certiorari denied. ■

No. 74–1464. Edge, Administrator v. Union Medical Center, Inc. C. A. D. C. Cir. Certiorari denied. ■

No. 74–1466. Rahming v. Florida. Dist. Ct. App. Fla., 4th Dist. Certiorari denied. ■

No. 74–1472. Passarella v. North Carolina. Ct. App. N. C. Certiorari denied. ■